## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | CASE NUMBER: 21-8156MJ |
| Anthony Medina and Mayah Telles, | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendants violated, 18 U.S.C. § 2113(a), an offense described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Brett A. Day, AUSA  *BDay*

SA Blake Childress, FBI
Name of Complainant

Signature of Complainant

Sworn to before me ~~electronically~~ telephonically

June 30, 2021                                   at    Phoenix, Arizona
Date                                                       City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
# DESCRIPTION OF COUNTS

### Count 1

On or about June 11, 2021, in the District of Arizona, Defendant ANTHONY MEDINA, by force, violence, and intimidation, did take from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of Wells Fargo, located at 5840 West Thomas Road, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC) in violation of Title 18 U.S.C. § 2113(a).

### Count 2

On or about June 29, 2021, in the District of Arizona, Defendants ANTHONY MEDINA and MAYAH TELLES, by force, violence, and intimidation, did take, and aid and abet in the taking, from the person and presence of a bank teller, money belonging to and in the care, custody, control, management, and possession of US Bank, located at 1820 North 75th Avenue, Phoenix, Arizona, the deposits of which were then federally insured by the Federal Deposit Insurance Corporation (FDIC) in violation of Title 18 U.S.C. § 2113(a) and 18 U.S.C. § 2.

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Blake H. Childress, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. Your Affiant is a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the Phoenix Division. Your Affiant has been employed since November 2009 and is currently assigned to the Violent Crime Squad. Since transferring to the Phoenix Division in 2015, your Affiant has been tasked with investigating violations of the United States Code, including but not limited to, domestic sex trafficking, juvenile sex trafficking, kidnappings, and bank robbery.

2. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that ANTHONY MEDINA (MEDINA) and MAYAH TELLES (TELLES) and others known and unknown, are involved in criminal activity in violation of Title 18 U.S.C. § 2113 (Bank Robbery) and 18 U.S.C. §2 (Aid and Abet).

3. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and law enforcement officers working the investigation, and information obtained from witnesses. All U.S. currency stolen during the robberies was federally insured by the Federal Deposit Insurance Corporation ("FDIC") or the National Credit Union Administration ("NCUA").

## PROBABLE CAUSE

4. On April 28, 2021, investigators from the FBI Bank Robbery Task Force began investigating a string of bank robberies which have occurred in Phoenix, Arizona. These robberies appeared to have been committed by the same suspect based on the suspect's physical description, modus operandi, and geographical area of the crimes. In these robberies, the suspect used a demand note. The language used in the notes have been similar in each incident. All the incidents have occurred within the same geographical area of Phoenix, Arizona. In multiple incidents, the same tattoo was observed on the upper right arm of the suspect. It appears that the suspect may have shaved his hair after incident #2.

5. On April 28, 2021, at approximately 11:57 a.m., a male suspect entered the Chase Bank located at 5734 West Thomas Road, Phoenix, Arizona. The suspect approached the teller window. When greeted by the teller, the suspect had no verbal response. The suspect presented a demand note written in black ink that said "Please do not alert anyone or press the alarm button till I leave the building  No dye packs or trackers  All 20 50 100 in your draw Thank you." The teller realized it was a robbery and complied, providing the suspect with cash. The bank experienced a loss of approximately $530.00. The suspect took the money and fled the bank. The suspect left the demand note with the teller and made no threat or indication he had a weapon. This incident was documented under Phoenix Police Department report # 21-658049.

6. The suspect was described by witnesses and surveillance video as: Hispanic male, 25 to 30 years old, 5'06" to 5'08", brown hair, thin build, wearing a red/gray ball cap, red t-shirt with "warning" on the front, tan pants, black mask, and black/gray athletic shoes. Suspect image taken from bank surveillance video.



7. On May 19, 2021, at approximately 4:00 p.m., a robbery occurred at the Desert Financial Credit Union located at 7515 West Encanto Boulevard, Phoenix, Arizona. A male suspect entered the Desert Financial Credit Union and waited in line. The victim teller called the suspect to her window and greeted him. The suspect did not verbally respond. The suspect slid a demand note to the teller under the barrier. The note read "Please do not alert anyone or press the button until after I leave. No dye packs or trackers. Give me all the 20, 50, 100 in your draw." The teller realized it was a robbery and provided the suspect with approximately $1457.00 in U.S Currency. The suspect took the cash and left the bank on foot. The suspect left

the demand note and made no threat or indication he had a weapon. This incident was documented under Phoenix Police Department report 21-779930.

8. The suspect was described by witnesses and surveillance video as: Hispanic male, 20 to 25 years old, brown hair, green bandana face mask, white t-shirt, dark pants, black athletic shoes with white trim, and a tattoo on his right arm near the shoulder. Suspect image taken from bank surveillance video.



9. On June 7, 2021 at approximately 9:28 a.m., a bank robbery occurred at the Desert Financial Credit Union located at 7515 West Encanto Boulevard, Phoenix, Arizona. The suspect entered the bank, approached the victim teller and slid a demand note under the glass barrier that read "Please do not alert anyone or press the button until after I leave. No dye packs or trackers. Give me all the 20, 50, 100 in your draw." The teller read the note several times and said "really, I don't have anything for you" to the suspect. The teller did not have a cash drawer yet since the bank had just opened. The teller had a mutilated 20 dollar bill on her counter and asked the suspect if he wanted it. The suspect nodded his head indicating he wanted

it. The teller gave the suspect the 20 dollar bill and he left the bank on foot heading south through the parking lot. The suspect took his shirt off and dropped it in the parking lot south of the bank. The suspect made no threat or indication he had a weapon. This incident was documented under Phoenix Police Department report 21-883249.

10. The suspect was described by witnesses and surveillance video as: Hispanic male, 30-40 years old, freshly shaved head, black face mask, red plaid long sleeve shirt, black pants, and black shoes.

11. On June 7, 2021, at approximately 3:48 p.m., an attempted bank robbery occurred at the Chase Bank located at 2837 North 75th Avenue, Phoenix, Arizona. A male suspect entered the Chase Bank and approached the victim teller. The teller greeted the suspect and received no verbal response from the suspect. The suspect slid a note under the barrier window that read "Please do not alert anyone or press the button until after I leave. No dye packs or trackers. Give me all the 20, 50, 100. Sorry for fucking up your day." The teller pushed the alarm and tried to use the bank protocol for robberies to give the suspect cash, but had difficulty getting the computer to work. The suspect got tired of waiting and walked out of the bank with no cash and left the note behind. No cash loss was experienced at this incident. The suspect made no threat or indication he had a weapon. This incident was documented under Phoenix Police Department report 21-885129.

12. The suspect was described by witnesses and surveillance video as: Hispanic male, 30 to 40 years old, approximately 5'06", weight 140 pounds, shaved head,

black facemask, red polo style shirt, black pants. Suspect image taken from bank surveillance video.



13. **(COUNT 1)** On June 11, 2021, at approximately 11:36 a.m., a bank robbery was committed at the Wells Fargo Bank located at 5840 West Thomas Road, Phoenix, Arizona. A male suspect entered the Wells Fargo Bank and approached the victim teller and was greeted but did not respond. The suspect slid a demand note under the barrier window. The note indicated that the suspect wanted no alarms activated, no dye packs, and all 20, 50 and 100 dollar bills the teller had. The victim teller realized it was a robbery and removed approximately $2331.00 U.S. currency from the teller drawer. While the money was in the teller's hand, the suspect said "that's fine." The teller handed the U.S. Currency to the suspect, who left the bank to the west on foot. The suspect made no threat of a weapon, but did put his hands

near his pants pocket causing the victim to fear he may have a weapon. This incident was documented under Phoenix Police Department report 21-905965.

14. The suspect was described by witnesses and surveillance video as: Hispanic male, 30 years old, shaved head, approximately 5'08", weight 150 pounds, white mask, black tank top, New York Yankee logo tattoo on upper right arm, black pants, blue shorts or boxers sticking out of pants, and black athletic shoes with white trim.



15. **(COUNT 2)** On June 29, 2021, at approximately 3:28 p.m., a bank robbery occurred at the US Bank located at 1820 North 75th Avenue, Phoenix, Arizona. A male suspect and a female suspect entered the US Bank and approached the victim teller. The suspect slid a demand note under the glass barrier that read: "Please do not alert anyone or press the button until after I leave. No dye packs or trackers. Give me all the 20, 50, 100 in your register."

16. During an interview of the victim teller, she stated that when she received the note, she opened her drawer and pulled out all the cash, approximately $1554.00,

including the tracking device. She pushed the cash under the barrier window while simultaneously pressing her alarm button indicating she was being robbed. The male suspect reached under the window and took the money. However, some of the money was left behind and the female suspect then reached under the window and grabbed the rest of the money. The suspects then exited the bank in an unknown direction. The victim teller stated that during the robbery, she was scared and concerned for her safety and that of others in the building. That was why she tried to remain calm so she would not cause the suspects to do something to hurt anyone.

17.     At approximately 3:35 p.m., a Phoenix Police Department Officer was travelling in the vicinity of 71st Ave. and McDowell. The Officer had previously been advised of the bank robbery that had just occurred and he was receiving GPS tracking information from the Dispatcher at the Phoenix Police Department. The Officer observed a male and female walking east on McDowell. The Officer then contacted and detained the individuals. At the time the individuals were detained, the female, later identified as TELLES, made a spontaneous utterance to the effect of "He said he was going in the bank to get money and then we left." The Dispatcher subsequently advised the description of the two bank robbery suspects. The Officer observed that TELLES' clothing matched the description given of the female suspect. The Officer observed that the male, later identified as MEDINA, was wearing a different shirt than the suspect described by Dispatch. The Officer determined that MEDINA was wearing an undershirt that did match the suspect's description. MEDINA and TELLES were placed under arrest at that time.

18. At approximately 3:58 p.m., the victim teller was transported by an officer of the Phoenix Police Department from the bank to the location where MEDINA and TELLES were detained. A one-on-one identification was conducted in which the victim teller positively identified MEDINA as the male bank robber. At approximately 3:59 p.m., a one-on-one identification was conducted in which the victim teller positively identified TELLES as the female bank robber.

19. At approximately 3:35 p.m., US Bank Corporate Security provided photographs of the suspects. One of the photographs depicted a Hispanic looking male, wearing a tank top, blue in color. He was also wearing a black cloth mask with a white symbol on the front. His upper right arm depicted a New York Yankees logo tattoo. At the time of MEDINA's arrest, he had a New York Yankees logo tattoo on his upper right arm. He also had a black cloth mask depicting the same symbol as the mask depicted in the photographs.

20. At approximately 6:30 p.m., MEDINA was interviewed by investigators from the FBI. The interview was audio and video recorded at the Phoenix Police Department located at 620 West Washington St, Phoenix, Arizona. MEDINA was advised of his *Miranda* rights and agreed to talk with investigators. During this post-*Miranda* interview, MEDINA was shown a picture of the suspect robbing the Chase Bank on April 28, 2021. MEDINA identified himself as the suspect depicted in the picture. MEDINA said that was his first bank robbery and he had used a note. He said he obtained money from that robbery.

21.     MEDINA was shown a picture of the suspect who robbed the Desert Financial Credit Union on May 19, 2021. MEDINA identified himself as the suspect depicted in the picture. He said he provided a note that was similar to his other note. MEDINA stated he got money from the robbery.

22.     MEDINA was shown a picture of the suspect robbing the Chase Bank on June 7, 2021. MEDINA identified himself as the suspect depicted in the picture. He said that this robbery was unsuccessful and he did not get any money.

23.     MEDINA was shown a picture of the suspect robbing the Wells Fargo Bank on June 11, 2021. MEDINA identified himself as the suspect depicted in the picture.

24.     Medina was shown a picture of the suspects robbing the US Bank on June 29, 2021. MEDINA stated the suspects depicted in the picture were him and TELLES. MEDINA stated that prior to robbing the US Bank on June, 29 2021, TELLES was aware they were going to rob the bank. MEDINA asked TELLES if she was sure she wanted to do that, and she said "yes." MEDINA explained that TELLES needed new clothes and they needed money to support their drug addiction.

25.     At approximately 6:30 p.m., TELLES was interviewed by investigators from the Phoenix Police Department. The interview was audio and video recorded at the Phoenix Police Department located at 620 West Washington St, Phoenix, Arizona. TELLES was advised of her Miranda rights and agreed to talk with investigators. During this post-*Miranda* interview, TELLES stated she had just met MEDINA that day, but she had seen him in the area multiple times. TELLES explained they used the same drug dealer.

26. TELLES said they both needed a drug fix and MEDINA told her to come with him and he was going to use his card at the bank to get some money and they would split the money. MEDINA then found a piece of paper and started writing a note. TELLES recalled most of the details in the note. TELLES stated at that point she knew it was going to be a bank robbery.

27. MEDINA and TELLES first approached the Desert Financial Credit Union located at 7515 West Encanto Boulevard, and MEDINA told TELLES that he had "hit" that bank before and it'll be "OK." However, as they approached the bank, they observed a security guard, so they did not enter the bank. They then went to the US Bank. During the robbery at the US Bank, TELLES was just there with MEDINA until he told her to grab the money he missed. That was when TELLES grabbed the rest of the money from the teller window.

28. Upon exiting the bank, MEDINA put the money in his backpack and then TELLES put the money she had in his backpack. MEDINA then gave the backpack to TELLES to carry



//

//

//

//

//

//

//

## CONCLUSION

29.     Based on the above listed facts, your affiant respectfully submits that there is probable cause to believe that MEDINA and TELLES committed crimes in violation of Title 18 U.S.C. § 2113 (Bank Robbery), and 18 U.S.C. §2 (Aid and Abet).

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

_____
Special Agent Blake H. Childress
Federal Bureau of Investigation

Sworn telephonically this __30TH__ day of __JUNE__, 2021.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge